IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANDRE WILLIAMS** | : | CIVIL ACTION NO. 4:CV-08-792 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| **THOMAS A. MARINO** and **KENNETH OSOKOW** | : | |
| Defendant | : | |

## O R D E R

Before the Court in the captioned action is a May 9, 2008 report of the Magistrate Judge recommending that this case be dismissed as to both Defendants. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's complaint is **DISMISSED**.

3) The Clerk of Court shall close the file.

                                           S/ Yvette Kane
                                           YVETTE KANE, Chief Judge
                                           United States District Court
                                           Middle District of Pennsylvania

Dated: May 29, 2008